**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:07cv273**

| | |
|---|---|
| DONNA M. KIRSCHNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on Plaintiff's "Application For Attorney Fees Under the Equal Access to Justice Act." [Doc. 14, filed October 17, 2008]. The Defendant advises that he does not oppose an award of legal fees in the amount of $3,003.66, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d). [Doc. 15, filed October 20, 2008].

**IT IS THEREFORE, ORDERED** that Plaintiff's "Application For Attorney Fees Under the Equal Access to Justice Act" [Doc. 14] is

**GRANTED**, and counsel for Plaintiff shall be paid the sum of $3,003.66 for attorney fees.

**IT IS FURTHER ORDERED** that no additional petition pursuant to 28 U.S.C. §2412(d) shall be filed. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: October 23, 2008

Martin Reidinger
United States District Judge